Circuit Court of Appeals for the Second Circuit granted. *Mr. Godfrey Goldmark* for petitioner. *The Attorney General* for the United States.

---

No. 1203. CHARLES V. DUFFY, FORMER COLLECTOR OF INTERNAL REVENUE, *v.* THE MUTUAL BENEFIT LIFE INSURANCE COMPANY. June 1, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *The Solicitor General* for petitioner. *Mr. John O. H. Pitney* for respondent.

---

No. 1208. HARMAN W. McMAHON *v.* MONTOUR RAILROAD COMPANY. June 1, 1925. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania granted. *Mr. C. D. Scully* for petitioner. *Mr. Don Rose* for respondent.

---

No. 1252. FRANK E. STRIPE ET AL., AS RECEIVERS IN EQUITY OF JOHNSON SHIPYARDS CORPORATION, *v.* THE UNITED STATES. June 1, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Ben A. Matthews* and *Harold Harper* for petitioners. *The Attorney General* for the United States.

---

No. 1256. SAMUEL A. MYERS ET AL., COPARTNERS AS S. A. AND H. MYERS, *v.* INTERNATIONAL TRUST COMPANY. June 1, 1925. Petition for a writ of certiorari to the Superior Court for the County of Suffolk, State of Massachusetts, granted. *Mr. Edward F. McClennan* for petitioners. *Mr. John R. Lazenby* for respondent.